HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN GERSON, NY Bar #5505144
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
ANA PAULA GOMES MAURO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:21-po-00042-HBK |
|---|---|
| *Plaintiff,* | **JOINT MOTION TO RESOLVE THROUGH FORFEITURE OF COLLATERAL** |
| vs. | |
| ANA PAULA GOMES MAURO, | |
| *Defendant.* | |

## MOTION

The parties, through their respective counsel, Sean Anderson, Yosemite National Park Legal Officer, counsel for the government, and Andrew Philipson, Law Clerk, with Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Ana Paula Mauro, hereby stipulate and jointly move to resolve violation number 9292920, though forfeiture of collateral in the amount of $100.00 plus $30.00 in fees payable in 90 days to the Central Violations Bureau.

Ms. Mauro appeared in U.S. District Court in Yosemite on February 23, 2021 on a bailable citation.  Her initial appearance was continued by the Honorable Helena Barch-Kuchta, to allow the opportunity for a resolution.  The parties then sought to resolve Ms. Mauro's case in a manner that is equitable and conserves judicial resources.  Ms. Mauro is a disabled Army veteran who served honorably in Iraq.  Ms. Mauro was visiting the National Park to obtain a free entrance pass,

available to all military veterans and Gold Star Families. Ms. Mauro was recovering from a traumatic injury and emergency surgery when she was cited for camping in the park without a permit. After much discussion, the parties agreed to and jointly move the court to lower the total collateral due to $130.00.

The parties recognize the goal of collateral forfeiture is to avoid a life-long criminal record by paying a fee. The parties also recognize that the collateral forfeiture system spares the court from considerable time and expense by resolving cases without a court appearance. In recognition of these concerns and a desire for an equitable outcome, the parties jointly move the court to modify the total collateral due to $130.00, in total, payable in 90 days.

The parties hereby move to reduce Ms. Mauro's payment from a total of $230.00, including court costs, to a total of $130.00, including court costs, and to waive any late fees that may have accrued. This payment shall be due in 90 days.

PHILLIP A. TALBERT
Acting United States Attorney

Dated: March 1, 2021              */s/ Sean Anderson*
                                  SEAN ANDERSON
                                  Acting Legal Officer
                                  National Park Service
                                  Yosemite National Park

Dated: March 1, 2021              HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Andrew Philipson*
                                  ANDREW PHILIPSON
                                  Law Clerk

                                  */s/ Benjamin A. Gerson*
                                  BENJAMIN A. GERSON
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ANA PAULA GOMES MAURO

**O R D E R**

Upon review and finding good cause, the Court GRANTS the parties Joint Motion filed March 1, 2021 [Doc. No. 5] and modifies Defendant Ana Paula Gomes Mauro's collateral forfeiture as follows:

1. Ms. Mauro shall pay a $100.00 fine and a $30.00 court fee for a total amount of $130.00.
2. Ms. Mauro shall make such payment within ninety (90) days of the date on this Order.

IT IS SO ORDERED.

Dated:   March 2, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE